**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JANE DOE,**<br>  Plaintiff,<br>  vs.<br>**UNITED BEHAVIORAL HEALTH, ET. AL.,**<br>  Defendants. | CASE NO. 4:19-cv-07316-YGR<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 27 |

On January 30, 2020, defendants United Behavioral Health and United Healthcare Services, Inc. filed a motion to dismiss plaintiff Jane Doe's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 27.) On February 20, 2020, plaintiff filed an amended complaint against defendants. (Dkt. No. 36.)

In light of the filing of plaintiff's amended complaint, defendants' motion to dismiss is **DENIED AS MOOT**. Defendants shall respond within fourteen (14) days of the filing of the amended complaint.

This Order terminates Docket Number 27.

**IT IS SO ORDERED.**

Dated: February 24, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**