**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JANE DOE**,<br>　　　　Plaintiff,<br>　vs.<br>**UNITED BEHAVIORAL HEALTH, ET. AL.**,<br>　　　　Defendants. | Case No.: 4:19-cv-07316-YGR<br><br>**SCHEDULING AND SEALING ORDER** |

The Court has read and reviewed the parties' Joint Status Report and Proposed Schedule. (Dkt. No. 68.) The Court thus issues this Order in light of this joint filing.

Defendant shall preserve the administrative record. The parties shall meet and confer on the scope of the administrative record and agree upon deadlines for resolution of this issue. The administrative record shall be delivered to the Court seven (7) days prior to the filing of the first dispositive brief referenced below and in the manner set forth herein:

**First**, a physical copy of the administrative record (Bate-stamped and double-sided pages) shall be delivered in three-ringed binders. The administrative record shall include an index and be segregated in appropriate categories, such as medical records, third party expert reports, etc.

**Second**, an electronic copy of the administrative record shall be filed **under seal** pursuant to this Order. Given the anticipated size of the record, it will likely be filed in "parts" which shall be indexed to allow for easy access to the documents. The index shall be separately filed. In addition, the parties shall deliver the electronic form of the administrative record in CDs or thumb-drive(s) along with the physical copy. The electronic copy shall allow for electronic searching.

Plaintiff proposes the following schedule for the remainder of the case. Defendants do not object to the timeline proposed by Plaintiff; however, Defendants contend that discovery outside the administrative record, including expert discovery, is not appropriate.

**PRETRIAL SCHEDULE**

| Event | Date |
|---|---|
| Completion of Fact Discovery | July 30, 2021 |
| Filing of Simultaneous Briefs if Standard of Review is Not Abuse of Discretion Simultaneous Reply Briefs Due 14 Days Later | August 2, 2021 |
| Expert Witness Disclosures and Reports | August 16, 2021 |
| Rebuttal Expert Witness Disclosures and Reports | September 13, 2021 |
| Last Day to Submit Letter Requesting Summary Judgment Pre-Filing Conference | October 12, 2021 |
| Final Pretrial | TBD |
| Commencement of Trial | TBD |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 12, 2021

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**