PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
7 West Figueroa Street, Suite 300
Santa Barbara, CA 93101
Tel: (310) 598-3690, x 101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

ZUCKERMAN SPAEDER LLP
Caroline E. Reynolds (admitted *pro hac vice*)
1800 M St., NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
creynolds@zuckerman.com

*Attorneys for Plaintiff*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/25/2021

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, as the representative of her minor son,<br><br>Plaintiff,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH and UNITED HEALTHCARE SERVICES, INC.,<br><br>Defendants. | Case No. 4:19-cv-07316-YGR<br><br>**JOINT STIPULATION OF DIMISSAL WITH PREJUDICE**<br><br>Complaint Filed: November 7, 2019 |

TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED, by and between Plaintiff Jane Doe as the representative of her minor son, and Defendants United Behavioral Health and United Healthcare Services, Inc., by and through their counsel of record, that all claims and causes of action in the above-captioned matter shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: August 6, 2021                           ZUCKERMAN SPAEDER LLP

                                                By: /s/ Caroline E. Reynolds

                                                D. Brian Hufford
                                                Jason S. Cowart
                                                Caroline E. Reynolds

                                                PSYCH-APPEAL, INC.
                                                Meiram Bendat

                                                *Attorneys for Plaintiff*

Dated: August 6, 2021                           CROWELL & MORING LLP

                                                By: /s/ Jennifer S. Romano

                                                Jennifer S. Romano
                                                Kristin J. Madigan
                                                Kimberley M. Johnson

                                                *Attorneys for Defendants*
                                                UNITED BEHAVIORAL HEALTH and
                                                UNITED HEALTHCARE SERVICES, INC.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that each signatory to this document has concurred in its filing.

Dated: August 6, 2021                           /s/ Caroline E. Reynolds
                                                Caroline E. Reynolds